# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 26, 2024

## NO. 03-22-00757-CV

**Richard Walton, Appellant**

**v.**

**Texas Real Estate Commission, Appellee**

## APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
## AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the final judgment signed by the trial court on October 27, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.